UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| GERARDO OGAZ | § | |
| | § | |
| vs. | § | NO: PE:23-CV-00030-DC |
| | § | |
| WARDEN CROZBY[1] | § | |

### FINAL JUDGMENT

On this day, the Court entered an Order Dismissing Petitioner's Application for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. §2254, as unexhausted. The Court now enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58.

Accordingly, it is hereby **ORDERED** that Petitioner's Application for Writ of Habeas Corpus by a Person in State Custody filed pursuant to 28 U.S.C. §2254 is **DENIED**.

It is further **ORDERED** that the above-captioned cause is **DISMISSED *WITHOUT PREJUDICE*** with the Parties to bear their own costs.

It is finally **ORDERED** that all other pending motions, if any, are **DENIED AS MOOT** and a **CERTIFICATE OF APPEALABILITY WILL NOT ISSUE** in this case.

It is so **ORDERED.**

SIGNED this 31st day of August, 2023.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE

---

[1] Bobby Lumpkin is the Director of the Texas Department of Criminal Justice—Correctional Institutions Division (TDCJ-CID) and is the proper Respondent in this case. **The Clerk shall substitute Bobby Lumpkin for Warden Crozby.** Fed. R. Civ. P. 25(d); Rule 2(a), Rules Governing §2254 Cases.