

Certified as a true copy and issued as the mandate on Mar 21, 2024

Attest: Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

February 28, 2024

Lyle W. Cayce
Clerk

No. 23-50736

Gerardo Ogaz,

*Petitioner—Appellant*,

*versus*

Bobby Lumpkin, *Director, Texas Department of Criminal Justice, Correctional Institutions Division*,

*Respondent—Appellee*.

Application for Certificate of Appealability
the United States District Court
for the Western District of Texas
USDC No. 4:23-CV-30

ORDER:

Gerardo Ogaz, Texas prisoner # 02261968, was convicted of intoxication manslaughter and failure to stop and render assistance, and he is serving consecutive sentences of 50 and 25 years. The district court dismissed Ogaz's 28 U.S.C. § 2254 application without prejudice because he had failed to exhaust his state remedies and then denied Ogaz's Federal Rule of Civil Procedure 59(e) motion. Ogaz now seeks a certificate of appealability (COA) to appeal these rulings. He asserts that the district court should have considered the merits of his habeas claims because it would be futile to

exhaust state remedies, given the lengthy and ongoing pendency of his state postconviction application.

To obtain a COA, Ogaz must make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). When, as here, the district court's dismissal is based on procedural grounds, a COA may not issue unless the prisoner shows that "jurists of reason would find it debatable whether the [application] states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack*, 529 U.S. at 484. Ogaz fails to make the required showing. Accordingly, his motion for a COA is DENIED. Ogaz's motion for leave to proceed in forma pauperis on appeal is likewise DENIED.

/s/James E. Graves,Jr.
James E. Graves, Jr.
*United States Circuit Judge*

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 21, 2024

Mr. Philip Devlin
Western District of Texas, Pecos
United States District Court
410 S. Cedar Street
U. S. Post Office & Courthouse
Room 203
Pecos, TX 79772-0000

No. 23-50736 Ogaz v. Lumpkin
USDC No. 4:23-CV-30

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: Lisa E. Ferrara
Lisa E. Ferrara, Deputy Clerk
504-310-7675

cc:
Mr. Edward Larry Marshall
Mr. Gerardo Ogaz